

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00069-CR

CHARLES TREVAUGHN TIGG BLAKEY, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 185th District Court of Harris County (Tr. Ct. No. 1394420)

**TO THE 185TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 18th day of August, 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

The cause heard today by the Court is an appeal from the judgment signed by the court below on June 27, 2014. After inspecting the record of the court below, it is the opinion of this Court that it has no jurisdiction over the appeal. It is therefore **CONSIDERED, ADJUDGED, and ORDERED** that the appeal be dismissed.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 18, 2015.

Per curiam opinion delivered by panel consisting of Chief Justice Radack and Justices Bland and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in

this behalf and in all things to have it duly recognized, obeyed, and executed.

_Christopher A. Prine_

October 30, 2015

Date                        CHRISTOPHER A. PRINE
                              CLERK OF THE COURT

